IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

JESSICA LINDA SUAREZ,

Plaintiff,

vs.

PULASKI COUNTY, ARKANSAS; SHERIFF DOC HOLLADAY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; and SCOTT HAZEL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,

Defendants

NO: 4:16CV00080-BRW

**MOTION TO DISMISS SHERIFF DOC HOLLADAY, PULASKI COUNTY, ARKANSAS AND SCOTT HAZEL IN HIS OFFICIAL CAPACITY WITH PREJUDICE**

Comes NOW the Plaintiff, Jessica Suarez, and for her Motion to Dismiss states:

1. In lieu of responding to the pending Motion for Summary Judgment, Plaintiff would respectfully request that the entirety of her claims against Sheriff Doc Holladay, Pulaski County, Arkansas, and Scott Hazel, in his official capacity, be dismissed with prejudice.

2. The claims regarding Scott Hazel in his personal capacity remain at this juncture.

3. A draft order will be submitted to chambers.

WHEREFORE, premises considered, Jessica Suarez, respectfully requests that her claims against Sheriff Doc Holladay, Pulaski County, Arkansas, and Scott Hazel, in his official capacity, be dismissed with prejudice.

Respectfully submitted,

Kathryn L. Hudson, ABN 10046
Justin S. Huett, ABN 12307
LAW OFFICE OF KATHRYN L. HUDSON
650 S. Shackleford, Suite 400
Little Rock, AR 72211
(501) 246-3586 – telephone
(501) 205-1635 – facsimile
klhudson@hudson-lawcenter.com
Jhuett@hudson-lawcenter.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Katheryn L. Hudson, do hereby certify that a copy of the foregoing was served on the following counsel of record using the CM/ECF notification upon:

Jamie Huffman Jones, #2003125
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201-3522
(501) 376-2011
jjones@fridayfirm.com

David M. Fuqua, #80048
Fuqua Campbell, P.A.
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
(501) 734-0200
dfuqua@fc-laywers.com

on this 25th day of July, 2017.

By: ______________________
Kathryn L. Hudson

Respectfully submitted on behalf of
Kathryn L. Hudson,

By: /s/ Jamie Huffman Jones
Jamie Huffman Jones, #2003125
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201-3522
(501) 376-2011
jjones@fridayfirm.com
*Attorneys for Defendant Scott Hazel, in his Individual Capacity*

**CERTIFICATE OF SERVICE**

I, Jamie Huffman Jones, do hereby certify that a copy of the foregoing was served on the following counsel of record using the CM/ECF notification upon:

Kathryn L. Hudson
Justin S. Huett
Law Office of Kathryn L. Hudson
650 S. Shackleford, Suite 400
Little Rock, AR 72211
khudson@hudson-lawcenter.com
jshuett@hudson-lawcenter.com

David M. Fuqua
Fuqua Campbell, P.A.
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
dfuqua@fc-laywers.com

on this 25th day of July, 2017.

By: /s/ Jamie Huffman Jones
Jamie Huffman Jones