IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **JESSICA LINDA SUAREZ,** | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| **PULASKI COUNTY, ARKANSAS; SHERIFF DOC HOLLADAY, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; and SCOTT HAZEL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,** | ) **CIVIL ACTION NO: 4:16CV00080-BRW** |
| **Defendants** | ) |

## ORDER OF DISMISSAL

Plaintiff's Motion to Dismiss Sheriff Doc Holladay, Pulaski County, Arkansas, and Scott Hazel in his Official Capacity with Prejudice (Doc. No. 30) is GRANTED.  Accordingly, Plaintiff's claims against Defendant Sheriff Doc Holladay, Defendant Pulaski County, Arkansas, and Defendant Scott Hazel (in his Official Capacity) are DISMISSED with prejudice.  The pending Motion for Summary Judgment (Doc. No. 27) is DENIED as MOOT.

Each party is to bear its own costs, fees and expenses.

IT IS SO ORDERED this 26th day of July 2017.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE