IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| JESSICA LINDA SUAREZ,<br><br>   Plaintiff,<br><br>vs.<br><br>PULASKI COUNTY, ARKANSAS;<br>SHERIFF DOC HOLLADAY,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY; and SCOTT<br>HAZEL, INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY,<br><br>   Defendants | NO: 4:16CV00080-BRW |

## MOTION TO DISMISS SCOTT HAZEL IN HIS INDIVIDUAL CAPACITY WITH PREJUDICE

Comes NOW the Plaintiff, Jessica Suarez, and for her Motion to Dismiss states:

1. Pursuant to a settlement with the parties, Jessica Suarez would now dismiss the entirety of her claims against Scott Hazel, in his personal capacity, with prejudice.

2. A draft order will be submitted to chambers.

WHEREFORE, premises considered, Jessica Suarez, respectfully requests that her claims against Scott Hazel in his individual capacity be dismissed with prejudice.

Respectfully submitted,

/s/ Kathryn L. Hudson
_____
Kathryn L. Hudson, ABN 10046
Justin S. Huett, ABN 12307
LAW OFFICE OF KATHRYN L. HUDSON
650 S. Shackleford, Suite 400
Little Rock, AR 72211
(501) 246-3586 – telephone
(501) 205-1635 – facsimile
klhudson@hudson-lawcenter.com
Jhuett@hudson-lawcenter.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Katheryn L. Hudson, do hereby certify that a copy of the foregoing was served on the following counsel of record using the CM/ECF notification upon:

| | |
|---|---|
| Jamie Huffman Jones, #2003125 | David M. Fuqua, #80048 |
| Friday, Eldredge & Clark, LLP | Fuqua Campbell, P.A. |
| 400 West Capitol Avenue | 3700 Cantrell Road, Suite 205 |
| Suite 2000 | Little Rock, Arkansas 72202 |
| Little Rock, Arkansas 72201-3522 | (501) 734-0200 |
| (501) 376-2011 | dfuqua@fc-laywers.com |
| jjones@fridayfirm.com | |

on this 25th day of July, 2017.

By: /s/ Kathryn L. Hudson
_____
Kathryn L. Hudson

2

Respectfully submitted on behalf of Kathryn L. Hudson,

/s/ Jamie Huffman Jones
Jamie Huffman Jones, #2003125
Friday, Eldredge & Clark, LLP
400 West Capitol Avenue
Suite 2000
Little Rock, Arkansas 72201-3522
(501) 376-2011
jjones@fridayfirm.com
*Attorneys for Defendant Scott Hazel, in his Individual Capacity*

## CERTIFICATE OF SERVICE

I, Jamie Huffman Jones, do hereby certify that a copy of the foregoing was served on the following counsel of record using the CM/ECF notification upon:

Kathryn L. Hudson
Justin S. Huett
Law Office of Kathryn L. Hudson
650 S. Shackleford, Suite 400
Little Rock, AR 72211
khudson@hudson-lawcenter.com
jshuett@hudson-lawcenter.com

David M. Fuqua
Fuqua Campbell, P.A.
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
dfuqua@fc-laywers.com

on this 26TH day of July, 2017.

By: /s/ Jamie Huffman Jones
Jamie Huffman Jones