IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| **JESSICA LINDA SUAREZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **PULASKI COUNTY, ARKANSAS;** | ) | |
| **SHERIFF DOC HOLLADAY,** | ) | **CIVIL ACTION NO: 4:16CV00080-BRW** |
| **INDIVIDUALLY AND IN HIS** | ) | |
| **OFFICIAL CAPACITY; and SCOTT** | ) | |
| **HAZEL, INDIVIDUALLY AND IN HIS** | ) | |
| **OFFICIAL CAPACITY,** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

## ORDER OF DISMISSAL

Plaintiff's Motion to Dismiss Scott Hazel in his Individual Capacity with Prejudice (Doc. No. 32) is GRANTED.  Accordingly, Plaintiff's claims against Defendant Scott Hazel in his Individual Capacity, are dismissed with prejudice.  Each party is to bear its own costs, fees and expenses.

Because there are no remaining defendants, this case is DISMISSED.  This Court specifically retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED this 26th day of July, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE